UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 17-23379 VFP |
| ANJU A. BONILLA | Chapter: | 7 |
| | Judge: | Vincent F. Papalia |

### NOTICE OF PROPOSED ABANDONMENT

Steven P. Kartzman, Chapter 7 Trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:   U.S. Bankruptcy Court

50 Walnut Street

Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on August 29, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:   8 Eugene Place, Hopatcong, NJ

Valued at about $259,000

Less about 10% costs of sale

Liens on property:  $244,000

Amount of equity claimed as exempt:   $0

Objections must be served on, and requests for additional information directed to:

Name:      /s/ Steven P. Kartzman

Address:      101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950

Telephone No.: (973) 267-0220

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-23379-VFP
Anju A Bonilla                                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Aug 03, 2017
                             Form ID: pdf905      Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2017.
db            +Anju A Bonilla,    8 Eugene Place,    Hopatcong, NJ 07843-1605
516912939     +Capital One,    Po Box 30281,    Salt Lake City, UT 84130-0281
516912940     +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516912942     #+Frontier Consumer Law Group, LLC,    26400 Lahser Road, Suite 107,    Southfield, MI 48033-2672
516912943     +Frontier Law Group, LLC,    6973 West Commercial Blvd,    Tamarac, FL 33319-2119
516912944     +Hyundai Capital America,    4000 Macarthur Blvd Ste,    Newport Beach, CA 92660-2558
516912945     +Juan M. Bonilla-Fernandez,    8 Eugene Place,    Hopatcong, NJ 07843-1605
516912947     +Midland Mortgage/ MidFirst Bank,    999 NW Grand Blvd,    Oklahoma City, OK 73118-6051
516912951     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,    4 Gatehall Dr Ste 350,
               Parsippany, NJ 07054)
516912952     +United Consumer Finl S,    865 Bassett,    Westlake, OH 44145-1194

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 03 2017 22:47:05     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 03 2017 22:47:02     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
cr            +E-mail/PDF: gecsedi@recoverycorp.com Aug 03 2017 22:43:00
               Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
516912938     +E-mail/Text: bk@avant.com Aug 03 2017 22:47:38     Avant,    222 N. Lasalle Street,    Suite 1700,
               Chicago, IL 60601-1101
516912941     +E-mail/PDF: creditonebknotifications@resurgent.com Aug 03 2017 22:42:44     Credit One Bank Na,
               Po Box 98875,    Las Vegas, NV 89193-8875
516912946     +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 03 2017 22:46:29     Kohls/capone,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
516912948     +E-mail/PDF: cbp@onemainfinancial.com Aug 03 2017 22:42:40     OneMain Financial,    PO Box 70912,
               Charlotte, NC 28272-0912
516912949     +E-mail/PDF: gecsedi@recoverycorp.com Aug 03 2017 22:42:43     Syncb/amazon,    Po Box 965015,
               Orlando, FL 32896-5015
516912950     +E-mail/PDF: gecsedi@recoverycorp.com Aug 03 2017 22:42:43     Syncb/walmart,    Po Box 965024,
               Orlando, FL 32896-5024
516917674     +E-mail/PDF: gecsedi@recoverycorp.com Aug 03 2017 22:42:43     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                          TOTAL: 10

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2017                    Signature:   /s/Joseph Speetjens


## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 2 of 2           Date Rcvd: Aug 03, 2017
                             Form ID: pdf905           Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2017 at the address(es) listed below:
          Brian C. Nicholas    on behalf of Creditor   MIDFIRST BANK bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Mitchell R. Stein    on behalf of Debtor Anju A Bonilla mitchell@stein-stein.com,
           msteinlaw@yahoo.com
          Steven P. Kartzman    kartztee@optonline.net,
           jzapata@msklaw.net;nj16@ecfcbis.com;ncorona@msklaw.net;angiea@msklaw.net
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 4