**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Anju A Bonilla | Social Security number or ITIN   xxx–xx–5737 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–23379–VFP | |

# Order of Discharge                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Anju A Bonilla

10/3/17                                                                                   **By the court:**   Vincent F. Papalia
                                                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                            United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 17-23379-VFP
Anju A Bonilla                                                  Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin              Page 1 of 2              Date Rcvd: Oct 03, 2017
                               Form ID: 318             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2017.
db             +Anju A Bonilla,    8 Eugene Place,    Hopatcong, NJ 07843-1605
516912942     #+Frontier Consumer Law Group, LLC,    26400 Lahser Road, Suite 107,    Southfield, MI 48033-2672
516912943      +Frontier Law Group, LLC,    6973 West Commercial Blvd,    Tamarac, FL 33319-2119
516912944      +Hyundai Capital America,    4000 Macarthur Blvd Ste,    Newport Beach, CA 92660-2558
516912945      +Juan M. Bonilla-Fernandez,    8 Eugene Place,    Hopatcong, NJ 07843-1605
516912947      +Midland Mortgage/ MidFirst Bank,    999 NW Grand Blvd,    Oklahoma City, OK 73118-6051
516912952      +United Consumer Finl S,    865 Bassett,    Westlake, OH 44145-1194

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 03 2017 23:09:24      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 03 2017 23:09:22       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Oct 03 2017 22:43:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
516912938      +E-mail/Text: bk@avant.com Oct 03 2017 23:10:13       Avant,   222 N. Lasalle Street,   Suite 1700,
                 Chicago, IL 60601-1101
516912939      +EDI: CAPITALONE.COM Oct 03 2017 22:43:00      Capital One,    Po Box 30281,
                 Salt Lake City, UT 84130-0281
516912940      +EDI: CHASE.COM Oct 03 2017 22:43:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516912941      +EDI: RCSFNBMARIN.COM Oct 03 2017 22:43:00      Credit One Bank Na,    Po Box 98875,
                 Las Vegas, NV 89193-8875
516912946      +EDI: CBSKOHLS.COM Oct 03 2017 22:43:00      Kohls/capone,    N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
516912948      +EDI: AGFINANCE.COM Oct 03 2017 22:43:00      OneMain Financial,    PO Box 70912,
                 Charlotte, NC 28272-0912
516912949      +EDI: RMSC.COM Oct 03 2017 22:43:00      Syncb/amazon,    Po Box 965015,    Orlando, FL 32896-5015
516912950      +EDI: RMSC.COM Oct 03 2017 22:43:00      Syncb/walmart,    Po Box 965024,    Orlando, FL 32896-5024
516917674      +EDI: RMSC.COM Oct 03 2017 22:43:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
516912951       EDI: TFSR.COM Oct 03 2017 22:43:00      Toyota Motor Credit Co,    4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054
                                                                                               TOTAL: 13

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor   MIDFIRST BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor   MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Mitchell R. Stein    on behalf of Debtor Anju A Bonilla mitchell@stein-stein.com,
               msteinlaw@yahoo.com
              Steven P. Kartzman    kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;angiea@msklaw.net;jloewenstein@msklaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-2          User: admin                Page 2 of 2           Date Rcvd: Oct 03, 2017
                              Form ID: 318               Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
                                                                                                    TOTAL: 5